■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS TUTT, Also Known as DENNIS WARREN, Appellant.—Judgment of the Supreme Court, Queens County, rendered January 29, 1974, affirmed. No opinion. Latham, Cohalan, Brennan and Munder, JJ., concur; Hopkins, Acting P. J., concurs under the constraint of *People v Dean* (35 AD2d 1000).